DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Home Savings Bank v. Colonial Am. Cas. & Surety Co.<br><br>Case below:<br>165 N.C. App. 189 | No. 505P04 | 1. Def's (Colonial American Casualty) Petition for Discretionary Review Under N.C.G.S. § 7A-31 (COA03-1110)<br><br>2. Plt's Conditional Petition for Discretionary Review Under N.C.G.S. § 7A-31 | 1. Denied 02/03/05<br><br><br>2. Dismissed as moot 02/03/05 |
| In re A.N.B.<br><br>Case below:<br>165 N.C. App. 705 | No. 428PA04 | Petitioner's (Mother) PDR Under N.C.G.S. § 7A-31 (COA03-501) | Allowed 02/03/05 |
| In re J.L.K.<br><br>Case below:<br>165 N.C. App. 311<br>359 N.C. 68 | No. 402P04 | 1. Respondent's (G.K.) PDR Under N.C.G.S. § 7A-31 (COA03-421)<br><br>2. Respondent's Motion to Reconsider PDR | 1. Denied **10/06/04**<br><br>2. Dismissed 02/03/05 |
| In re Petition of Cent. Tel. Co.<br><br>Case below:<br>167 N.C. App. 14 | No. 632P04 | 1. Petitioner's (Central Telephone Co.) Notice of Appeal Based Upon a constitutional Question (COA03-1313)<br><br>2. Respondent's (Secretary of Revenue, Tolson) Motion to Dismiss Appeal<br><br>3. Petitioner's (Central Telephone Co.) Petition for Discretionary Review Under N.C.G.S. § 7A-31 | 1. ——<br><br><br><br>2. Allowed 02/03/05<br><br>3. Denied 02/03/05 |
| In re R.A.C.<br><br>Case below:<br>166 N.C. App. 759 | No. 586P04 | Respondent's (Mother) Petition for Discretionary Review Under N.C.G.S. § 7A-31 (COA03-1463) | Denied 02/03/05 |
| In re T.E.F.<br><br>Case below:<br>167 N.C. App. 1 | No. 608A04 | AG's NOA (Dissent) (COA03-1128)<br><br>1. AG's Motion for Temporary Stay<br><br>2. AG's Petition for Writ of Supersedeas | <br><br>1. Allowed **12/06/04**<br><br>2. Allowed **02/1/05** |
| Johnson v. News & Observer Publ'g Co.<br><br>Case below:<br>167 N.C. App. 86 | No. 630P04 | Defs' (N&O, McClatchy and Smithfield Herald) PDR Under N.C.G.S. § 7A-31 (COA03-1386) | Denied 02/03/05 |
| Loar v. Chavez<br><br>Case below:<br>166 N.C. App. 763 | No. 626P04 | 1. Def's Petition for Writ of Supersedeas (COA03-1212)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31 | 1. Denied 02/03/05<br><br>2. Denied 02/03/05 |